IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-MJ-1853

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LAVETTE LEE HINTON | ) | |

This case comes before the Court on the motion by the government to unseal the Indictment. The government represents that the arrest warrant has been executed thereby rendering moot the need to maintain the Indictment under seal.

Having duly considered the motion, and for good cause shown, the Court hereby GRANTS the motion. The Clerk shall unseal the Indictment.

SO ORDERED, this the 15th day of August, 2013.

_____
HONORABLE WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE